FILED

2010 APR 28 PM 1: 11

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

MICHAEL PAUL SHAUGHNESSY
REBECCA ANN SHAUGHNESSY
                Debtor(s)

CASE NO: 08-52830

CHAPTER 7

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

        Claim #5    Crystal Clinic Surgery Center, Inc.          $29.18
                        3975 Embassy Pkwy, #300
                        Akron, OH 44333

2. Your trustee's check for $29.18 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: April 26, 2010

Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Phone: 330.376.8336
Fax: 330.376.2522
mpgertz@goldman-rosen.com

Check No. 1018
Receipt No. 81437